UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **HEATH LEET** | **CIVIL CASE NO. 6:24-CV-00586** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **TIM COTONE, ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before this Court are the following motions: (i) a MOTION TO DISMISS filed by defendants Sheriff Thomas Romero and the Iberia Parish Sheriff Department [Doc. 4]; (ii) a MOTION TO DISMISS filed by defendant Government of Iberia Parish [Doc. 10]; and (iii) a MOTION TO DISMISS filed by defendant Tim Cotone [Doc. 19]. These motions were referred to United States Magistrate Judge David J. Ayo for Report and Recommendation.

After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 25] is correct and adopts the findings and conclusions therein as its own.

Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, the MOTION TO DISMISS filed by Sheriff Romero and the Iberia Parish Sheriff Department [Doc. 4] is GRANTED in part, such that all claims by plaintiff Heath Leet against the Iberia Parish Sheriff Department are DISMISSED based on lack of capacity, and Laet's freestanding claims for false arrest

and imprisonment under Section 1983 and Louisiana law against Sheriff Romero be DISMISSED with prejudice as prescribed.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Sheriff Romero's Motion is DENIED in part, such that Leet's claims for malicious prosecution under Section 1983 and Louisiana law are preserved for further proceedings consistent with the Magistrate Judge's REPORT AND RECOMMENDATION, and reserving unto Sheriff Romero the right to file a successive Motion to Dismiss following Plaintiff's anticipated amended complaint.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss filed by the Government of Iberia Parish (Rec. Doc. 10) is GRANTED in part, such that all claims against this defendant for false arrest and imprisonment under Section 1983 and Louisiana law are DISMISSED with prejudice as prescribed, and DENIED as MOOT all other respects, and reserving unto the Government of Iberia Parish the right to file a successive Motion to Dismiss following Plaintiff's anticipated amended complaint.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the MOTION TO DISMISS filed by defendant Tim Cotone [Doc. 19] is GRANTED in part, such that all freestanding claims by Leet for false arrest against Deputy Cotone under Section 1983 and Louisiana law be DISMISSED with prejudice as prescribed, and DENIED in part, such that Leet's claims against this defendant for malicious prosecution under Section 1983 and Louisiana law are preserved for further proceedings consistent with the Magistrate Judge's REPORT AND RECOMMENDATION, and reserving

unto defendant Tim Cotone the right to file a successive Motion to Dismiss following Plaintiff's anticipated amended complaint.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall amend his COMPLAINT to cure all identified deficiencies as to claims not dismissed herein within THIRTY (30) DAYS of the issuance of this Judgment.

THUS, DONE AND SIGNED in Chambers on this 26th day of March 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE